## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| In Re:<br>GLADMAN, CHRISTOPHER MATHIAS<br>GLADMAN, RENEE MICHELLE<br><br>Debtor(s) | **Case No.** 10-59412<br>**Chapter** 7 -- Liquidation<br>**Judge** THOMAS J. TUCKER<br><br>**Trustee** Kenneth A. Nathan |
|---|---|

### INTERIM REPORT OF TRUSTEE

1. For the period ending September 28, 2010

2. Date of section 341A meeting: 07/20/10  341A continued date:
   Date of appointment accepted: 06/14/10

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record – Form 2)

   | | | | |
   |---|---|---|---|
   | Total receipts | 1,878.89 | Checking | 0.00 |
   | Total disbursements | 0.00 | Money Market | 1,878.89 |
   | | | Investment | 0.00 |
   | | | **Total** | **$1,878.89** |

   The amount of the Trustee's bond is: Blanket Bond $2,000,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:  **$0.00**
   (from Individual Estate Property Record – Form 1, total of column 6)

   Assets for which insurance coverage has been obtained: **(None)**

5. Projected total value to be realized (total of 3 + 4):  **$1,878.89**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity:  The Trustee has collected a preference payment and is preparing to close case.

7. Projected date of final report:  **09/30/11**

   Trustee's Signature:  /s/Kenneth A. Nathan
   Kenneth A. Nathan  (P39142)
   Nathan Zousmer, P.C.
   260 Franklin Center
   29100 Northwestern Highway
   Southfield, MI  48034
   knathantrustee@nathanzousmer.com
   (248) 351-0099

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-59412 TJT  
**Case Name:** GLADMAN, CHRISTOPHER MATHIAS  
GLADMAN, RENEE MICHELLE  
**Period Ending:** 09/28/10

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 06/14/10 (f)  
**§341(a) Meeting Date:** 07/20/10  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Preference recovery from GE Money Bank (u) | 0.00 | 1,878.89 | | 1,878.89 | FA |
| 2 | Location: 1230 7th St., Wyandotte, SEV $44,100 | 88,200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | MBT checking | 1,231.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods | 2,760.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books | 510.00 | 0.00 | DA | 0.00 | FA |
| 7 | Art | 635.00 | 0.00 | DA | 0.00 | FA |
| 8 | CD, DVD | 360.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Rings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Woodworking equipment, camers | 260.00 | 0.00 | DA | 0.00 | FA |
| 12 | Pension | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Pension | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2002 Malibu mileage, condition - using KBB.COM | 3,825.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1999 Camaro mileage, condition - using KBB.COM | 3,905.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2007 Ford Ranger need mileage and condition - us | 10,915.00 | 0.00 | DA | 0.00 | FA |
| 17 | Cat | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | Snowblower, lawnmower, grill | 150.00 | 0.00 | DA | 0.00 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | **$122,201.00** | **$1,878.89** | | **$1,878.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has collected a preference payment and is preparing to close case.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-59412 TJT  **Trustee:** (420030) Kenneth A. Nathan
**Case Name:** GLADMAN, CHRISTOPHER MATHIAS  **Filed (f) or Converted (c):** 06/14/10 (f)
GLADMAN, RENEE MICHELLE  **§341(a) Meeting Date:** 07/20/10
**Period Ending:** 09/28/10  **Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2011  **Current Projected Date Of Final Report (TFR):** September 30, 2011

September 28, 2010
_____
Date

/s/ Kenneth A. Nathan
_____
Kenneth A. Nathan
260 Franklin Center
29100 Northwestern Highway
Southfield, MI  48034
Phone: (248) 351-0099
Email: knathantrustee@nathanzousmer.com
Bar No.: P39142

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-59412 TJT  
**Case Name:** GLADMAN, CHRISTOPHER MATHIAS  
GLADMAN, RENEE MICHELLE  
**Taxpayer ID #:** 38-6933875  
**Period Ending:** 09/28/10  

**Trustee:** Kenneth A. Nathan (420030)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ********5865 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/10 | {1} | GEMoney Bank | Preference recovery from GE Money | 1241-000 | 1,878.89 | | 1,878.89 |
| | | | **ACCOUNT TOTALS** | | 1,878.89 | 0.00 | $1,878.89 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,878.89 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,878.89** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ********5865** | 1,878.89 | 0.00 | 1,878.89 |
| | **$1,878.89** | **$0.00** | **$1,878.89** |

September 28, 2010  
_____  
Date

/s/ Kenneth A. Nathan  
_____  
Kenneth A. Nathan

{} Asset reference(s) 10-59412-tjt    Doc 19    Filed 09/28/10    Entered 09/28/10 14:27:29    Page 4 of 4    Printed: 09/28/2010 02:24 PM    V.12.52